ROBERT E. KING ET AL., RESPONDENTS, v. WESTERN ELECTRIC COMPANY, APPELLANT.

Submitted October 27, 1939—Decided January 25, 1940.

For the appellant, *Edwin Joseph O'Brien.*

For the respondents, *Congleton & McLaughlin.*

PER CURIAM.

This judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, CASE, DONGES, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, HAGUE JJ. 12.

*For reversal*—None.